UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEREK BLOUNT,

    Plaintiff,

v().                                Case No. 3:18cv2089-LC-CJK

WALKER CLEMMONS,
SGT. MCCRANEY, and
D. LOCKE,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 18, 2018, the undersigned entered an order (doc. 4) noting plaintiff's initial filings (docs. 1, 3), titled "Petition[s] to the Court, are deficient in that they were not filed on the required Northern District form. *See* N.D. Fla. Loc. R. 5.7(A) (requiring a *pro se* party filing a civil rights action to do so on the court form). The undersigned also advised piecemeal pleading is not allowed and required plaintiff to correct the deficiencies by filing a single amended complaint. The undersigned further noted plaintiff has neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* and advised the case cannot proceed

until plaintiff either pays the filing fee or establishes indigence.

The undersigned directed the clerk of court to send plaintiff a § 1983 complaint form and a complete set of forms needed for filing a motion to proceed *in forma pauperis* and allowed plaintiff 30 days in which to file an amended complaint and either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 5) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not complied or responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 13th day of November, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**